UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KATO ENGINEERING, INC.,           CIVIL NO. 18-1290 (MJD/DTS)

    Plaintiff and
    Counterclaim Defendant,

v.                                      <u>ORDER</u>

DAVID F. HANLEY,

    Defendant, Counterclaim
    Plaintiff and Third-Party
    Plaintiff,

v.

NIDEC AMERICAS
HOLDING CORPORATION,

    Defendant and
    Third-Party Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated August 24, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant David F. Hanley's Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 30] is DENIED.

Dated: September 11, 2018

s/Michael J. Davis  
MICHAEL J. DAVIS  
United States District Court Judge